JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE COPPI,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF DANA POINT, ET AL.<br><br>   Defendants. | Case No.<br>SACV 11-1813 JGB (RNBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Findings of Fact and Conclusions of Law filed on herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Dana Point and Orange County on all of Coppi's claims, save her first claim for violation of the ADA against Dana Point, which has been mooted by Dana Point's actions since trial.  The Court orders that such judgment be entered.

Dated: February 23, 2015

_____
JESUS G. BERNAL
United States District Judge