# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Therese Coppi,**<br><br>            Plaintiff,<br><br>    v.<br><br>**City of Dana Point;**<br>**County of Orange**,<br><br>            Defendants. | **Case:** 8:11-CV-01813-JGB-RNB<br><br>**AMENDED JUDGMENT**<br>(on award of attorney fees and costs) |

Following the Court's Order dated May 04, 2015 on Plaintiff's motion for attorney's fees and Parties' Applications to Tax Costs, the Court amends its Judgment dated February 23, 2015. It is hereby ORDERED and ADJUDGED that JUDGMENT is in favor of Plaintiff Therese Coppi and against Defendant, City of Dana Point, in the amount of $128,543.12 ($124,865.00 in attorney's fees and litigation expenses + $3,678.12 in costs).

Date: August 26, 2015       By: _____
                                HONORABLE JESUS G. BERNAL
                                UNITED STATES DISTRICT JUDGE